# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
AMY GAMAGE, BAR NO. 9304.

No. 75387

FILED

MAY 11 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER IMPOSING TEMPORARY SUSPENSION*

This is a petition by the state bar for an order temporarily suspending attorney Amy Gamage from the practice of law, pending the resolution of formal disciplinary proceedings against her. The petition and supporting documentation aver that Gamage has misappropriated or mishandled thousands of dollars of client or third-party funds entrusted to her. After considering the petition, we issued an order restricting Gamage's handling of funds and allowing her time to show cause why this court should not immediately suspend her from the practice of law or impose conditions on her continued practice of law pending resolution of formal disciplinary proceedings. In response, Gamage indicates that she does not intend to oppose the request for a temporary suspension. Considering the documentation before us and Gamage's response, we conclude that her immediate temporary suspension is warranted under SCR 102(4)(b).

Accordingly, attorney Amy Gamage is temporarily suspended from the practice of law, pending the resolution of formal disciplinary

SUPREME COURT
OF
NEVADA

(O) 1947A

18-18111

proceedings against her.[1] Under SCR 102(4)(d), Gamage is precluded from accepting new cases immediately upon service of this order, but she may continue to represent existing clients for a period of 15 days from service of this order. In addition, the conditions that we previously imposed pursuant to SCR 102(4)(b) and (c) on Gamage's handling of funds remain in effect. Gamage shall comply with the provisions of SCR 115. The State Bar shall comply with SCR 121.1[2]

It is so ORDERED.

_____, C.J.
Douglas

_____, J.       _____, J.
Cherry                                Gibbons

_____, J.       _____, J.
Pickering                             Hardesty

_____, J.       _____, J.
Parraguirre                           Stiglich

---

[1]The State Bar also asks that we place other conditions on Gamage related to an evaluation by the Nevada Lawyers Assistance Program and random drug and alcohol testing. Given our decision to suspend Gamage, we decline that request. *See* SCR 102(4)(b) (providing that this court may order "the attorney's immediate temporary suspension *or* may impose other conditions upon the attorney's practice" (emphasis added)).

[2]This is our final disposition of this matter. Any new proceedings shall be docketed under a new docket number. Because we grant the petition, this matter is now public. SCR 121(5).

cc: Chair, Southern Nevada Disciplinary Board
C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
Gentile, Cristalli, Miller, Armeni & Savarese, PLLC
Kimberly K. Farmer, Executive Director, State Bar of Nevada
Perry Thompson, Admissions Office, U.S. Supreme Court